UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUSSIE MILLER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SENNHEISER ELECTRONIC CORPORATION, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: CV 17-7899-DMG (SSx)<br><br>**ORDER APPROVING JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(2) [16]** |

Pursuant to the parties' stipulation, and good cause appearing,

IT IS ORDERED that Plaintiff Gussie Miller's claims hereby are DISMISSED WITH PREJUDICE. Each side shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: January 3, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE